# MEMORANDUM DECISIONS

In re ABRAHAMS. (Supreme Court, Appellate Division, First Department. March 15, 1912.) In the matter of Paul M. Abrahams. No opinion. Reference ordered to official referee. Settle order on notice.

ADAMSON, Appellant, v. EDWARDS, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of Thomas C. Adamson against William H. Edwards, Commissioner, etc. F. Gilbert, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re AKIN et al. (Supreme Court, Appellate Division, Second Department. March 19, 1912.) In the matter of the application of Charles E. Akin, and another. No opinion. Order (133 N. Y. Supp. 881) reversed, and application granted. without costs. See, also, 134 N. Y. Supp. 20.

ALLEN, Appellant, v. FARLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by James L. Allen against William W. Farley and another. C. L. Hoffman, for appellant. C. Firestone, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

ALLEN v. FARLEY et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by James L. Allen against William W. Farley and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

APGAR v. CONNELL. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Mary A. Apgar against Ellen Connell. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

ARNETT, Appellant, v. STATE MUT. LIFE ASSUR. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Harriett S. Arnett against the State Mutual Life Assurance Company. No opinion. Judgment vacated, and order modified, by granting a new trial, on the ground that the verdict of the jury is contrary to and against the weight of the evidence, without costs of this appeal to either party.

AUFFERMANN, Appellant, v. PUBLISHERS' PAPER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 12, 1912.) Action by Frederick A. Auffermann against the Publishers' Paper Company and another. No opinion. Judgment unanimously affirmed, with costs. See, also, 146 App. Div. 911, 131 N. Y. Supp. 1102.

AUSTIN, Respondent, v. TOWN OF RATHBONE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Hattie L. Austin against the Town of Rathbone. No opinion. Judgment and order affirmed, with costs.

In re AVRUTIS. (Supreme Court, Appellate Division, First Department. March 22, 1912.) In the matter of Aaron Avrutis. No opinion. Stay granted, as stated in memorandum per curiam. Settle order on notice. See, also, 131 N. Y. Supp. 1102.

BARNES, Respondent, v. CUMMING, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Thurlow W. Barnes against George M. Cumming, impleaded with others. K. T. Frederick, for appellant. D. P. Hays, for respondent. No opinion. Order modified, as stated in order, and, as so modified, affirmed, without costs. Order filed.

BARBER, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Clarence L. Barber against Edward W. Davidson. A. Thain, for appellant. M. J. Tierney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 N. Y. Supp. 1121.

BARSOTTI, Appellant, v. DEL GENOVESE, Respondent. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Charles Barsotti against Fidelma Del Genovese. L. Steckler, for appellant. W. C. Low, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed.

MILLER, J., dissents.

BAUER, Appellant, v. EAGLE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Ruth L. Bauer against the Eagle Insurance Company. W. P. Butler, for appel-